## Commonwealth *v.* Banks, Appellant.

Argued March 22, 1974. *Anne F. Johnson,* Assistant Defender, with

her *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *William Boland,* with him *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.